

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00531-CV

**IN THE INTEREST OF D.N.C.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00380
Honorable Solomon Casseb III, Judge Presiding

PER CURIAM

Sitting:       Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed: September 25, 2019

DISMISSED FOR WANT OF JURISDICTION

On January 8, 2019, Appellant filed an original petition in a suit affecting the parent-child relationship. After the trial court granted in part Appellee's special appearance, Appellant filed a notice of appeal "challenging the 131st District Court's Granting of Respondent's Special Appearance."

Ordinarily, a person may pursue an interlocutory appeal from the grant of a special appearance, but not "in a suit brought under the Family Code." TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(7); *accord In re J.P.L.*, 359 S.W.3d 695, 702–03 (Tex. App.—San Antonio 2011, pet. denied); *In re Marriage of Loya*, 290 S.W.3d 920, 921 (Tex. App.—Houston [14th Dist.] 2009, no pet.).

On August 23, 2019, we ordered Appellant to show cause in writing by September 3, 2019, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). We warned Appellant that if she did not timely file written proof as ordered, this appeal would be dismissed. *See id.* To date, Appellant has not filed a response.

Because Appellant may not appeal from the order granting in part Appellee's special appearance and Appellant has not shown how this court has jurisdiction in this appeal, we dismiss this appeal for want of jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(7); *In re J.P.L.*, 359 S.W.3d at 702–03; *In re Marriage of Loya*, 290 S.W.3d at 921.

PER CURIAM